IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES MCCONICO JR., | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 19-00261-JB-N |
| | ) | |
| GUY NOE, *et al.*, | ) | |
|     Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated October 8, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner James McConico's operative Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** for lack of jurisdiction as an unauthorized second or successive petition and that his pending motions are therefore **MOOT**. The Court also certifies that any appeal by McConico of the dismissal of the present habeas petition would be without merit and therefore not taken in good faith. Thus, McConico is not entitled to proceed *in forma pauperis* on appeal.

DONE this 6th day of January, 2020.

                                                     /s/ JEFFREY U. BEAVERSTOCK
                                                 UNITED STATES DISTRICT JUDGE